In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-12-00251-CV

_____

## NATHANIEL JONES, III, Appellant

## V.

## R. ALFORD, ET AL, Appellees

_____

## On Appeal from the 136th District Court
## Jefferson County, Texas
## Trial Cause No. D-191,576

_____

## ORDER

Appellant, Nathaniel Jones, III, is currently confined in the Correctional Institutions Division of the Texas Department of Criminal Justice and is representing himself *pro se* in civil litigation. Appellant requests possession of the original appellate record so that he may prepare his brief. D. Pille, an employee of the correctional facility in which the appellant is confined, shall act as custodian of the record.

It is therefore ORDERED that the clerk's record, the supplemental clerk's record and the reporter's record filed in this appeal be mailed to D. Pille, Law Library

Supervisor, 3060 F.M. 3514, Beaumont, Texas 77705, who shall give a receipt therefore. Law Library Supervisor D. Pille shall maintain the appellate record in custody and safekeeping, for review by appellant, Nathaniel Jones, III. The Court ORDERS Law Library Supervisor D. Pille to return the appellate record to the Court of Appeals by January 4, 2013. The brief of the appellant is due January 4, 2013.

ORDER ENTERED November 30, 2012.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.